# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **Jaegook Jung** <br><br> Plaintiff, <br><br> v. <br><br> **Korens USA Inc.,** <br><br> Defendant. | Case No.: <br><br><br><br> **PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY.** |

# COMPLAINT

## JURISDICTION AND VENUE

1. This is a suit to obtain relief for sexual harassment under Title VII of the Civil Rights Act of 1964, as amended. Plaintiff also seeks to recover for assault and battery and invasion of privacy under Alabama tort law.

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343(4), 28 U.S.C. § 1367, 28 U.S.C. § 2201 and 28 U.S.C. § 2202.

3. Venue is proper in that the alleged acts occurred in Tallapoosa County, Alabama.

## PARTIES

4. Plaintiff Jaegook Jung ("Mr. Jung") is a resident of Tallapoosa County, Alabama and is over the age of 19.

5. Defendant Korens USA Inc. ("Defendant" or "Korens USA Inc.") is a multi-state and international car parts manufacturer with well over 1,000 employees and operating multiple locations in the United States and internationally.

6. Mr. Jung works at the Alexander City, AL location of Korens USA Inc.

7. Jongmin Oh ("Mr. Oh") is a citizen of Korea and is over the age of 19.

8. For approximately the first three years that Mr. Jung worked at Korens USA Inc. at its Alexander City location, Mr. Oh was his direct supervisor. Mr. Oh had the authority to hire, transfer, suspend, and discipline employees under his charge.

## ADMINISTRATIVE REMEDIES

9. On March 29, 2024, Mr. Jung filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission ("EEOC") alleging that during his employment with the Defendant he experienced unlawful sexual harassment in violation of Title VII.

10. On September 30, 2024, the EEOC issued a Notice of Right to Sue letter for sexual harassment to Mr. Jung.

## **STATEMENT OF THE FACTS**

11. In or about 2021, Mr. Jung began working at Korens USA Inc. at their Alexander City, Alabama location as a Production Engineer.

12. His direct supervisor was Mr. Oh.

13. Mr. Oh was employed by Defendant Korens USA Inc. as a supervisor during, approximately, the first three years Mr. Jung was employed by Korens USA Inc.

14. From the beginning of his employment with Defendant, Mr. Oh would routinely sexually harass and physically abuse Mr. Jung.

15. For approximately three years, Mr. Oh would hit, punch, and/or slap Mr. Jung on various parts of his body, sometimes with an open hand and sometimes with a closed fist.

16. This behavior continued daily from the beginning of Mr. Jung's employment with Defendant at Defendant's Alexander City, AL location until Mr. Oh was sent back to Korea in or around the summer of 2024 after Mr. Jung filed the aforementioned EEOC complaint.

17. On multiple occasions, Mr. Oh slapped Mr. Jung on his buttocks and stated to him, "you should do ass workout".

18. When Mr. Jung attempted to address Mr. Oh's behavior directly with Mr. Oh, Mr. Oh would threaten to terminate him and send him back to Korea.

19. Mr. Oh also told Mr. Jung, "if you sue me, I'll shoot you".

20. After Mr. Jung complained to senior management about the issues he was having with Mr. Oh, he was given the following options (1) find another job, or (2) move his desk away from Mr. Oh's area.

21. His desk was moved, but Mr. Oh continued to harass him daily.

22. Mr. Jung has evidence by way of several witnesses and CCTV surveillance footage supporting each of the counts that follow in support of this lawsuit.

## COUNT I
## INVASION OF PRIVACY

23. Plaintiff adopts and realleges paragraphs 1 - 22 above as if fully set forth in full herein.

24. Defendant Korens USA Inc. ratified the acts of Mr. Oh against Mr. Jung as they had knowledge of the sexual harassment, physical abuse and accepted his behavior by allowing it to continue for several months after Mr. Jung formerly complained to senior management about the sexual harassment and physical abuse he had endured and was enduring from Mr. Oh. Defendant, therefore, invaded Mr. Jung's privacy by subjecting him to offensive and unwanted sexual overtures and abusive physical contact by Mr. Oh. Defendant is also strictly liable for Mr. Oh's conduct in his capacity a supervisor.

25. Defendant's allowance of Mr. Oh's sexually harassing and abusive behavior

4

offended and embarrassed Mr. Jung.

26. Defendant's ratification of Mr. Oh's actions toward Mr. Jung were taken while Mr. Oh was acting in the role of his employment with Korens USA Inc.

27. Defendant Korens USA Inc. ratified and permitted Mr. Oh's conduct.

28. Defendant Korens USA Inc. is strictly liable for the conduct of Mr. Oh as his conduct towards Mr. Jung took place on Korens' premises, during his scope of employment, in his capacity as a supervisor (making Korens strictly liable thereof), and they had knowledge of the behavior and allowed it to continue for months after Mr. Jung reported it to Senior management.

29. Defendant injured Mr. Jung.

**WHEREFORE**, **PREMISES CONSIDERED**, Mr. Jung respectfully requests the entry of a judgment against Defendant Korens USA Inc. pursuant to an order awarding:

    a. Compensatory damages to be determined by the trier of fact;

    b. Punitive damages to be determined by the trier of fact;

    c. Injunctive relief;

    d. That relief which is fair, just and equitable under the circumstances of the case; and

    e. The costs of this suit.

## COUNT II
## ASSAULT AND BATTERY

30. Plaintiff adopts and realleges the paragraphs 1 - 29 above as if fully set forth in full herein.

31. Defendant Korens USA Inc. is strictly liable for and ratified the behavior of Mr. Oh as Mr. Oh subjected Mr. Jung to the threat of offensive and unwanted touching.

32. Defendant Korens USA Inc. through strict liability and ratification of Mr. Oh's behavior subjected Plaintiff to offensive and unwanted touching.

33. Defendant's conduct offended and embarrassed Plaintiff.

34. Mr. Oh's actions toward the Mr. Jung were taken while acting in his role of employment with Defendant Korens USA Inc.

35. Defendant ratified and permitted Mr. Oh's conduct and is strictly liable for Mr. Oh's sexually harassing and abusive behavior towards Mr. Jung.

36. Defendant injured Mr. Jung.

**WHEREFORE**, **PREMISES CONSIDERED**, Mr. Jung respectfully requests entry of a judgment against Defendant Korens USA Inc. pursuant to an order awarding:

a. Compensatory damages to be determined by the trier of fact;

b. Punitive damages to be determined by the trier of fact;

c. Injunctive relief;

   d. That relief which is fair, just and equitable under the circumstances of the case; and

   e. The costs of this suit.

### COUNT III
### SEXUAL HARASSMENT
### Title VII of the Civil Rights Act of 1964

37. Plaintiff adopts and realleges the paragraphs 1 - 36 above as if fully set forth in full herein.

38. Defendant Korens USA Inc. empowered Mr. Oh to continue sexually harassing Mr. Jung through their inaction. Defendant is also strictly liable for the conduct of Mr. Oh as Mr. Oh's sexually harassing behavior towards Mr. Jung was done while operating in his role and scope of employment as Mr. Jung's supervisor.

39. Mr. Oh subjected Mr. Jung to unwanted sexual advances and harassment in the workplace.

40. The conduct to which Mr. Oh subjected Mr. Jung to was severe, was ratified by Defendant, and the Defendant is strictly liable for Mr. Oh's behavior. Mr. Oh slapped Mr. Jung on his buttocks daily for almost three years.

41. The conduct to which Michael Moses subjected the Plaintiff to was pervasive and was ratified by the Defendant. Mr. Oh's sexual harassment of Mr. Jung went on for approximately three years.

42. The sexual conduct to which Mr. Oh subjected Mr. Jung to affected and altered Mr. Jung's work environment, was ratified by Defendant, and the Defendant is strictly liable for Mr. Oh's conduct.

43. Defendant created a hostile work environment for Mr. Jung.

44. Defendant Korens USA Inc. through their ratification of Mr. Oh's sexually harassing behavior and strict liability thereof, injured Mr. Jung, by subjecting him to sexually harassing conduct.

**WHEREFORE**, **PREMISES CONSIDERED**, Mr. Jung requests entry of an order against Defendant Korens USA Inc. awarding:

a. Compensatory damages;

b. Punitive damages;

c. Injunctive relief;

d. That relief which is fair, just and equitable;

e. Costs of this case, including reasonable attorney's fees.

Respectfully submitted on: October 14, 2024

By:

/s/ Ramon Martin
Ramon Martin (ASB-1597-X69W)

**OF COUNSEL**:

The Justice Law Firm, LLC
505 20th Street N.
Suite 1220-1157
Birmingham, AL 35203
T: (205) 983-2017
E: Ramon.Martin@LegalJusticeMatters.com